# UNITED STATES DISTRICT COURT
for the
District of Vermont

HEYLIN JULESMY CABRERA-LOPEZ

*Petitioner(s)*

v.

TODD M. LYONS, Acting Director, U.S. Immigration
and Customs Enforcement, et al.

*Respondent(s)*

)
)
)
)
)
)
)
)
)

Civil Action No.   2:26-cv-17

## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict.**

☑    **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 37) filed June 9, 2026, petitioner's Motion to Dismiss (Document 36) is GRANTED. The Petition for Writ of Habeas Corpus (Document 1) is DISMISSED.

Date:    June 9, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   6/9/2026

*/s/ Lisa A. Wright*

*Signature of Clerk or Deputy Clerk*